# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**RYAN WALKER and**
**OZARK MOTOR LINES, INC.** **Plaintiffs**

**v.** **Case No.: 3:20cv163-MPM-RP**

**BENTON COUNTY, MISSISSIPPI and**
**MICHAEL F. BROOKS,** **Defendants**

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Stipulation of Dismissal With Prejudice as to Defendant Michael F. Brooks's ("Mr. Brooks") Counterclaims against Plaintiffs Ryan Walker ("Mr. Walker") and Ozark Motor Lines, Inc. ("Ozark"), and as to Mr. Walker and Ozark's Claims against Mr. Brooks in his individual capacity <u>only</u> pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Mr. Walker, Ozark, and Mr. Brooks having reached a resolution of those claims in this matter, those claims are hereby DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees.

Mr. Walker and Ozark's claims against Benton County and against Mr. Brooks in his representative capacity as an employee/agent of Defendant Benton County, and Defendant Benton County's counterclaims against Mr. Walker and Ozark are not dismissed or otherwise impacted by this Order of Dismissal with Prejudice.

IT IS SO ORDERED this 19th day of October, 2020.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**